Kim E. Hoyt, OSB No. 914080
khoyt@garrettlaw.com
GARRETT, HEMANN, ROBERTSON,
JENNINGS, COMSTOCK & TRETHEWY, P.C.
1011 Commercial Street N.E.
P.O. Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendant

FILED '07 APR 19 12:55 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

VIOLA CARLILE,

    Plaintiff,

vs.

SALEM-KEIZER SCHOOL DISTRICT,

    Defendant.

No.   06-6316-TC

**GENERAL JUDGMENT OF DISMISSAL UPON STIPULATION**

Based on the stipulation of the parties, the court finds that this case and all known and unknown disputes between these parties have been fully compromised and settled. Therefore,

IT IS ADJUDGED AND DECREED that judgment be entered dismissing this case with prejudice without attorney fees or costs to either party.

DATED this ___ day of April, 2007.

_____
MAGISTRATE THOMAS M. COFFIN
U.S. DISTRICT COURT

It Is So Stipulated:

_____
Viola Carlile, Plaintiff Pro Se

_____
Kim E. Hoyt (OSB No. No. 914080)
Dennis S. Reese (OSB No. 793527)
Attorneys for Defendant